NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

COMINT SYSTEMS CORPORATION AND
EYEIT.COM, INC., JOINT VENTURE,
*Plaintiffs-Appellants,*

AND

NETSERVICES & ASSOCIATES, LLC,
*Plaintiff,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

NETCENTRICS CORPORATION,
*Defendant-Appellee,*

AND

DIGITAL MANAGEMENT, INC.,
*Defendant,*

AND

POWERTEK CORORATION,
*Defendant.*

2012-5039

Appeal from the United States Court of Federal Claims in consolidated case nos. 11-CV-400 and 11-CV-416, Judge Margaret M. Sweeney.

---

## ON MOTION

---

## O R D E R

The United States moves to strike portions of the joint appendix as well as any portions of COMINT Systems Corporation and EyeIt.com, Inc., Joint Venture's ("COMINT") briefs that discuss the substance of those documents. COMINT opposes. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is deferred for consideration by the merits panel assigned to hear the case.

(2) Copies of the motion, response and reply will be transmitted to the merits panel.

FOR THE COURT

AUG 15 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David B. Dempsey, Esq.
Philip F. Hudock, Esq.
David P. Metzger, Esq.
Gerard F. Doyle, Esq.
Karen R. Harbaugh, Esq.
Alexander V. Sverdlov, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 15 2012

JAN HORBALY
CLERK